# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-02508-SVW-PJW | Date | July 7, 2020 |
| Title | Gabriel Dorsey v. El Pollo Unico, Inc. et al | | |

Present: The Honorable **STEPHEN V. WILSON, U.S. DISTRICT JUDGE**

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

N/A           N/A

**Proceedings:**     IN CHAMBERS ORDER DISCHARGING OSC

The Order to Show Cause, issued on June 22, 2020 is DISCHARGED.

The Court dismisses the case as to Apoe Proberties I, LLC only.

:

Initials of Preparer            PMC