SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
GABRIEL DORSEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL DORSEY,<br><br>    Plaintiff,<br><br>vs.<br><br>EL POLLO UNICO, INC.; APOE PROPERTIES I, LLC; and DOES 1 to 10,<br><br>    Defendants. | Case No.: 2:20-cv-02508-SVW (PJWx)<br><br>**Declaration of Gabriel Dorsey in Response to Court's In Chamber Order [ECF No. 18] REDACTED**<br><br>Honorable Judge Stephen V. Wilson |

1. I am the plaintiff in this matter and, based on my own experience and knowledge, I can competently declare the following:
2. On November 30, 2019, January 16, 2020, and October 26, 2020, I resided/currently reside at ███████████ Altadena, CA ███.
3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and accurate.

\\
\\
\\

DECLARATION OF GABRIEL DORSEY - 1

1 | Dated: October 26, 2020          By: _____
                                          GABRIEL DORSEY